IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BRISENO, | 1:09-cv-01419-LJO-JLT (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF |
| vs. | (Doc. 22) |
| JAMES J. WALKER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 21, 2010, Petitioner filed his Traverse, comprising thirty-two pages. (Doc. 21). That same date, Petitioner filed a motion to file an oversized Traverse, stating that he could not fit his arguments in a lesser number of pages without reducing the size of his handwriting. (Doc. 22). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner's motion to file an oversized Traverse (Doc. 22), is GRANTED.

IT IS SO ORDERED.

Dated:  **June 18, 2010**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE